OPINION # O-7447            WAS NEVER ISSUED OR

WAS WITHDRAWN.